In the Matter of the Claim of JOSEPH M. McARDLE, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— Appeal from a decision of the Unemployment Insurance Appeal Board denying unemployment benefits to claimant. Claimant's employment by the State of New York terminated June 1, 1947, because he had reached the mandatory retirement age. A delay relative to the determination of his rights to retirement benefits ensued. In the interim claimant applied for and was denied unemployment insurance benefits. He has now been granted and paid a retirement allowance retroactive to June 1, 1947. Under subdivision 5 of section 590 of the Unemployment Insurance Law (Labor Law, art. 18) claimant is not entitled to unemployment insurance benefits based on wages paid to him by the State. Determination unanimously confirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of the Claim of WALTER HINDS, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.— Appeal from a decision of the Unemployment Insurance Appeal Board granting benefits to the respondent. By its decision the board has determined that the respondent's refusal to accept an offer of employment was justified. Decision reversed, on the law, on the authority of *Matter of Heater (Corsi)* (270 App. Div. 311), without costs. Brewster, Foster and Deyo, JJ., concur; Hill, P. J., and Heffernan, J., dissent.

ABRAHAM HABER, Appellant, v. JOSS HABER, Defendant, and MORRIS M. OPPENHEIM et al., Respondents.— Appeal from an order of the Supreme Court, Sullivan County Special Term, which denied a motion of appellant to set aside an earlier order made by Mr. Justice RUSSELL wherein the fees of two attorneys who acted as trustees were fixed at the sum of $1,213.50. The order appealed from was denied by the Special Term chiefly upon the ground that appellant was guilty of gross laches in making his application. Order unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

JEROME PRATT, Respondent, v. PHILIP E. COSTA et al., as Copartners Doing Business under the Name of COSTA BROTHERS, Defendants, and VINCENT COSTA, as Administrator of the Estate of PHILIP COSTA, Deceased, Appellant.— Appeal from an order granting summary judgment unless plaintiff-respondent served an amended complaint upon all parties. Order, insofar as appealed from, unanimously affirmed, with $10 costs and disbursements. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

JEROME PRATT, Respondent, v. PHILIP E. COSTA et al., as Copartners Doing Business under the Name of COSTA BROTHERS, et al., Appellants.— This is an appeal from an order requiring defendants' attorney to accept service of the amended complaint; also denying defendants' motion to be allowed to serve an amended notice of appeal. Order unanimously affirmed, with $10 costs and disbursements. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.